UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60255-CR-WILLIAMS



UNITED STATES OF AMERICA

    Plaintiff,

v.

HENRY MCFLIKER and
AYODHA PERSAUD

    Defendant.

_____/

### ORDER GRANTING DEFENDANT AYODHA PERSAUD'S SECOND MOTION TO CONTINUE SURRENDER DATE

THIS MATTER came before the Court upon Defendant Ayodha Persaud's Second Motion to Continue Surrender Date (the "Motion") [DE #70]. Having reviewed the Motion and noting that the reason for the extension is Defendant Persaud's cooperation with government authorities, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Persaud shall self surrender to the designated facility on or before September 14, 2012. No further continuances will be granted absent a request from the Government. All other portions of the Court's judgment remain in full force and effect.

**DONE AND ORDERED** in Chambers in Miami, Florida this 9th day of August, 2012.

                                                  KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

CC: COUNSEL OF RECORD