UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 11-60255-Cr-Williams

UNITED STATES OF AMERICA

vs

AYODHA PERSAUD
    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Substitution of Counsel, the Court being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is hereby **GRANTED**. Attorney Sabrina Puglisi shall be substituted as lead counsel of record.

**DONE AND ORDERED** at Miami, Florida this ___ of _____, 2012.

KATHLEEN WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    All parties via ECF